# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 4, 2024

*By the Court:*

| No. 24-2982 | NORMA CISNEROS, individually and on behalf of all others similarly situated,<br>        Plaintiff - Appellant<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br>        Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:21-cv-04285<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp, Jr. | |

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement that provides information concerning the district court's jurisdiction. If jurisdiction depends on diversity, the statement must identify the jurisdictional amount and the citizenship of each party to the litigation. If any party is a corporation, the rule specifically requires an appellant to identify both the state of incorporation and the state in which the corporation has its principal place of business. And if any party is an unincorporated association or partnership, the statement must identify the citizenship of all members.

In the present case, appellant relies on diversity of citizenship for federal jurisdiction. But appellant's Circuit Rule 3(c) docketing statement fails to identify, specifically, both the state of incorporation and the principal place of business for Nuance Communications, Inc. It is insufficient to state a corporation's citizenship without identifying both of these facts. *See Smoot v. Mazda Motors of Am., Inc.*, 469 F.3d 675, 676 (7th Cir. 2006). Accordingly,

**IT IS ORDERED** that appellant shall file an amended docketing statement that provides a complete statement of jurisdiction that includes the omitted information. The statement is due on or before November 12, 2024.

form name: **c7_Order_BTC**     (form ID: **178**)